No. 98–170. KEYSTONE COCA-COLA BOTTLING CO. *v.* PENNSYLVANIA UNEMPLOYMENT COMPENSATION BOARD OF REVIEW. Commw. Ct. Pa. Certiorari denied.

No. 98–171. GUPTA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–174. SILVERMAN, INDEPENDENT FIDUCIARY OF THE UNITRON GRAPHICS, INC., PROFIT SHARING TRUST *v.* MUTUAL BENEFIT LIFE INSURANCE CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–175. U. S. SUPPLY CO., INC. *v.* APEX PLUMBING SUPPLY, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–176. FRED E. YOUNG, INC. *v.* BRUSH MOUNTAIN SPORTSMEN'S ASSN. Super. Ct. Pa. Certiorari denied.

No. 98–177. PRZYBYLSKI *v.* MICHIGAN ET AL. Ct. App. Mich. Certiorari denied.

No. 98–178. NOBELPHARMA AB ET AL. *v.* IMPLANT INNOVATIONS, INC. C. A. Fed. Cir. Certiorari denied.

No. 98–180. SHERMAN *v.* STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 98–182. RODRIGUEZ *v.* UNITED STATES POSTAL SERVICE. C. A. 2d Cir. Certiorari denied.

No. 98–183. LANDGATE, INC. *v.* CALIFORNIA COASTAL COMMISSION. Sup. Ct. Cal. Certiorari denied.

No. 98–185. RYAN *v.* CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 98–187. PELTIER *v.* LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 98–191. DRAGO DAIC INTERESTS, INC. *v.* NAURU PHOSPHATE ROYALTIES (TEXAS), INC. C. A. 5th Cir. Certiorari denied.